UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              Case No. 1:99-cr-1-03

v.

                              HONORABLE PAUL L. MALONEY

KENNETH JEROME VALENTINE,

        Defendant.
_____/

## ORDER DENYING MOTION FOR MODIFICATION
## OR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)

      This matter is before the Court on defendant's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Dkt. #699).  The Court determined the defendant is ineligible for reduction in sentence for the reasons and grounds set forth in the opinion from the bench on today's date which is incorporated herein by reference.  Accordingly,

      **IT IS HEREBY ORDERED** that defendant's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Dkt. #699) is **DENIED**.


Date:  February 8, 2011                          /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          Chief United States District Judge