UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
         Plaintiff,                         HONORABLE PAUL L. MALONEY

v.                                        Case No. 1:99-cr-01-03

KENNETH JEROME VALENTINE,
         Defendant.
_____/

## ORDER DENYING MOTIONS FOR MODIFICATION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2) AND GUIDELINE AMENDMENTS 750 AND 782

This matter is before the Court on Defendant's Motions for Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and Guideline Amendments 750 and 782 (ECF Nos. 918 and 991, respectively).  On today's date, the Court held a hearing on the motions.  For the reasons and grounds set forth in the opinion from the bench which are incorporated herein by reference, Defendant's Motions for Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and Guideline Amendments 750 and 782 are **DENIED**.

    **IT IS SO ORDERED**.


Dated: December 16, 2015                             /s/   Paul L. Maloney
                                                         Paul L. Maloney
                                                         United States District Judge