AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Michigan

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Kenneth Jerome Valentine | ) | Case No: 1:99-cr-01-03 |
| | ) | USM No: 09589-040 |
| Date of Original Judgment: 06/08/2000 | ) | |
| Date of Previous Amended Judgment: | ) | Britt M. Cobb |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(1) for a reduction in the term of imprisonment imposed based upon the First Step Act of 2018, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  292  months **is reduced to**  time served  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  06/08/2000  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  07/23/2019

/s/ Paul L. Maloney
*Judge's signature*

Effective Date:  08/10/2019
*(if different from order date)*

Paul L. Maloney, United States District Judge
*Printed name and title*